**Order filed April 9, 2020**



## In The

# Eleventh Court of Appeals

_____

## No. 11-19-00213-CV

_____

## MELISSA REYNA ROGERS, Appellant

## V.

## RANCEFER JAMES ROGERS, Appellee

**On Appeal from the 446th District Court**
**Ector County, Texas**
**Trial Court Cause No. C-137,562**

### O R D E R

Appellant has filed in this court her third pro se motion for extension of time to file her appellate brief. Appellant's brief was originally due to be filed on or before September 5, 2019. We note that this is the sixth request for an extension of time to file the appellant's brief in this appeal; Appellant's previous attorney filed three before he withdrew. The delay in filing Appellant's brief in this cause is unacceptable, and it has unduly delayed the timely disposition of this appeal.

In the correspondence granting the previous motion for extension, we provided as follows: ***"Further motions for extension of time will not be accepted. If Appellant's brief is not filed by April 3, 2020, the appeal will be subject to dismissal for want of prosecution."***

In the most recent motion, Appellant indicates that the COVID-19 pandemic has now hindered her ability to draft a pro se brief or find someone to help with the brief. After considering the motion and the extraordinary situation of the COVID-19 pandemic, we are of the opinion that the motion should be granted in part and that the appeal should be abated for sixty days.

Accordingly, this appeal is abated until June 8, 2020, at which time the appeal will be reinstated. Appellant's brief will be due to be filed in this court on or before July 8, 2020. **If Appellant's brief is not filed by July 8, 2020, the appeal will be subject to dismissal for want of prosecution.**

PER CURIAM

April 9, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.